# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sonya Singer  
      Stuart Singer

CHAPTER 13

BKY. NO. 19-13814 AMC

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 and index same on the master mailing list.

    Respectfully submitted,  
    **/s/ Kevin G. McDonald, Esq.**  
    Kevin G. McDonald, Esquire  
    KML Law Group, P.C.  
    701 Market Street, Suite 5000  
    Philadelphia, PA 19106-1532  
    (215) 627-1322