# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STUART SINGER         :        CHAPTER 13
        SONYA SINGER          :
        Debtors               :        NO. 19-13814

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing, or until July 13, 2019** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

_____
                            J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtors