U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STUART AND SONYA SINGER         :       CHAPTER 13
                                        :
         Debtors                        :       BANKRUPTCY NO. 19-13814

**ORDER**

**AND NOW**, this _____ day of _____, 2019, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
J.

**Date: July 3, 2019**