CEOHR - LANGHORNE (383)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Voucher #: 032435  Sort Order: 46

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 07-05-2019 | XXX-XX- | 06-17-2019 | 06-30-2019 | 537509 |

Federal Tax-Status M  Allowances 3　　　　　　　　　　　　　　　　　　　　　　State Tax - Status M  Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06-23-2019 | REGULAR PAY | 6.7300 | 42.30 | 284.68 |
| 06-30-2019 | 1-SPECIAL PAY | 0.0000 | 1.00 | 0.00 |
| 06-30-2019 | 1-CP COMMISSION | 45.6700 | 1.00 | 45.67 |
| 06-30-2019 | 1-OVERRIDE | 104.7800 | 1.00 | 104.78 |
| 06-30-2019 | 1-Contest | 75.0000 | 1.00 | 75.00 |
| 06-30-2019 | BONUS | 0.0000 | 1.00 | 0.00 |
| 06-30-2019 | 1-SPIFF | 28.0000 | 1.00 | 28.00 |
| 06-30-2019 | REGULAR PAY | 6.7300 | 29.70 | 199.88 |
| 06-30-2019 | PERSONL TIME | 6.7300 | 8.00 | 53.84 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 0.00 | 282.84 |
| MEDICARE | 11.48 | 215.58 |
| SOC SECURITY | 49.09 | 921.79 |
| PA INCOME TAX | 24.31 | 456.42 |
| PA SUI | 0.48 | 8.94 |
| LANGHORNE,PA O/ | 2.00 | 28.00 |

Total(s):　　　　　　86.00　　791.85

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 57376 | 704.49 |

Net Pay: **$704.49**

Net Pay YTD: **$12,954.02**

Total: 704.49　　　　　　　　Total(s):  87.36  1,913.57

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 7006.13 |
| PERSONL TIME | 376.88 |
| 1-CP COMMISSION | 347.02 |
| 1-OVERRIDE | 1340.23 |
| BONUS | 500.00 |
| 1-SPIFF | 4555.64 |
| 1-MANUAL SPIFF | 12.10 |
| 1-Contest | 575.00 |
| BEREAVEMENT | 154.59 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 62.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: $14,867.59　　　　　　　　　　　　Total(s):  0.00   0.00

Build: RPT-2324　　　　　　　　　　　　　Query: HRP_CHECKS.MVQ Version: Legal  19.4.190

---

ORECK FLOOR CARE CENTERS, LTD　　　　　　　　　　　　　　　537509
CEOHR　　　　　　　　　　　　　　　　　　　　　　　　　　07-05-2019
6901 Professional Parkway, Suite 104
Sarasota, FL 34240

AMOUNT  ** VOID **

Pay: Non-negotiable

To The   Sonya W Singer
Order    128 Altimari Ct
Of:      SOUTHAMPTON, PA 18966

Non-Negotiable

CEOHR - LANGHORNE (383)     Voucher #: 031485 Sort Order: 43

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 06-21-2019 | XXX-XX | 06-03-2019 | 06-16-2019 | 535003 |

Federal Tax-Status M  Allowances 3     State Tax - Status M  Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06-09-2019 | REGULAR PAY | 6.7300 | 40.23 | 270.75 |
| 06-09-2019 | BEREAVEMENT | 6.7300 | 6.97 | 46.91 |
| 06-16-2019 | 1-SPIFF | 593.0000 | 1.00 | 593.00 |
| 06-16-2019 | REGULAR PAY | 6.7300 | 32.80 | 220.74 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 19.29 | 282.84 |
| MEDICARE | 16.41 | 204.10 |
| SOC SECURITY | 70.15 | 872.70 |
| PA INCOME TAX | 34.73 | 432.11 |
| PA SUI | 0.68 | 8.46 |
| LANGHORNE,PA O/ | 2.00 | 26.00 |

Total(s):     81.00    1,131.40

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 57376 | 988.14 |

**Net Pay** $988.14

**Net Pay YTD** $12,249.53

Total: 988.14

Total(s): 143.26  1,826.21

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 6521.57 |
| PERSONL TIME | 323.04 |
| 1-CP COMMISSION | 301.35 |
| 1-OVERRIDE | 1235.45 |
| BONUS | 500.00 |
| 1-SPIFF | 4527.64 |
| 1-MANUAL SPIFF | 12.10 |
| 1-Contest | 500.00 |
| BEREAVEMENT | 154.59 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 64.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: $14,075.74

Total(s): 0.00  0.00

Build: RPT-2324     Query: HRP_CHECKS.MVQ Version: Legal  19.4.190

---

ORECK FLOOR CARE CENTERS, LTD     535003
CEOHR     06-21-2019
6901 Professional Parkway, Suite 104
Sarasota, FL 34240

AMOUNT     ** VOID **

Pay: Non-negotiable

To The Order Of: Sonya W Singer
128 Altimari Ct
SOUTHAMPTON, PA 18966

*Non-Negotiable*

Voucher #: 030323   Sort Order: 44

CEOHR - LANGHORNE (383)

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 06-07-2019 | XXX-XX- | 05-20-2019 | 06-02-2019 | 532478 |

Federal Tax-Status M Allowances 3     State Tax - Status M Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06-02-2019 | 1-CP COMMISSION | 43.8500 | 1.00 | 43.85 |
| 06-02-2019 | 1-OVERRIDE | 138.9700 | 1.00 | 138.97 |
| 06-02-2019 | REGULAR PAY | 6.7300 | 64.00 | 430.72 |
| 06-02-2019 | BEREAVEMENT | 6.7300 | 16.00 | 107.68 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 0.00 | 263.55 |
| MEDICARE | 10.45 | 187.69 |
| SOC SECURITY | 44.72 | 802.55 |
| PA INCOME TAX | 22.14 | 397.38 |
| PA SUI | 0.43 | 7.78 |
| LANGHORNE,PA O/ | 2.00 | 24.00 |

Total(s):         82.00    721.22

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 57376 | 641.48 |

Net Pay: **$641.48**

Net Pay YTD: **$11,261.39**

Total: 641.48      Total(s): 79.74   1,682.95

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 6030.08 |
| PERSONL TIME | 323.04 |
| 1-CP COMMISSION | 301.35 |
| 1-OVERRIDE | 1235.45 |
| BONUS | 500.00 |
| 1-SPIFF | 3934.64 |
| 1-MANUAL SPIFF | 12.10 |
| 1-Contest | 500.00 |
| BEREAVEMENT | 107.68 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 58.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: $12,944.34       Total(s):   0.00    0.00

Build: RPT-2324                Query: HRP_CHECKS.MVQ   Version: Legal   19.4.190

---

ORECK FLOOR CARE CENTERS, LTD

CEOHR
6901 Professional Parkway, Suite 104
Sarasota, FL 34240

532478
06-07-2019

Pay: Non-negotiable          AMOUNT   ** VOID **

To The Order Of: Sonya W Singer
128 Altimari Ct
SOUTHAMPTON, PA 18966

Non-Negotiable

CEOHR - LANGHORNE (383)                                                                 Voucher #: 028773  Sort Order: 46

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 05-24-2019 | XXX-XX-???? | 05-06-2019 | 05-19-2019 | 529908 |

Federal Tax-Status M  Allowances 3                                                  State Tax - Status M  Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 05-12-2019 | REGULAR PAY | 6.7300 | 43.92 | 295.58 |
| 05-19-2019 | 1-SPIFF | 642.3400 | 1.00 | 642.34 |
| 05-19-2019 | REGULAR PAY | 6.7300 | 36.08 | 242.82 |
| 05-19-2019 | 1-Contest | 500.0000 | 1.00 | 500.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 74.23 | 263.55 |
| MEDICARE | 24.38 | 177.24 |
| SOC SECURITY | 104.20 | 757.83 |
| PA INCOME TAX | 51.60 | 375.24 |
| PA SUI | 1.01 | 7.35 |
| LANGHORNE,PA O/ | 2.00 | 22.00 |

Total(s):                                82.00    1,680.74

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 57376 | 1,423.32 |

Net Pay: **$1,423.32**

Net Pay YTD: **$10,619.91**

Total:                                   1,423.32

Total(s):   257.42   1,603.21

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 5599.36 |
| PERSONL TIME | 323.04 |
| 1-CP COMMISSION | 257.50 |
| 1-OVERRIDE | 1096.48 |
| BONUS | 500.00 |
| 1-SPIFF | 3934.64 |
| 1-MANUAL SPIFF | 12.10 |
| 1-Contest | 500.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 52.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total:  $12,223.12                                Total(s):   0.00    0.00

Build: RPT-2324                                                  Query: HRP_CHECKS.MVQ  Version: Legal  19.4.190

---

ORECK FLOOR CARE CENTERS, LTD                                              529908
CEOHR                                                                     05-24-2019
6901 Professional Parkway, Suite 104
Sarasota, FL 34240
                                                              AMOUNT  ** VOID **

Pay: Non-negotiable

To The  Sonya W Singer
Order   128 Altimari Ct
Of:     SOUTHAMPTON, PA 18966

*Non-Negotiable*

CEOHR - LANGHORNE (383)  Voucher #: 027654 Sort Order: 49

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 05-10-2019 | XXX-XX | 04-22-2019 | 05-05-2019 | 526995 |

Federal Tax-Status M Allowances 3                                                State Tax - Status M Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 04-28-2019 | REGULAR PAY | 6.7300 | 36.43 | 245.17 |
| 04-28-2019 | PERSONL TIME | 6.7300 | 8.00 | 53.84 |
| 05-05-2019 | 1-CP COMMISSION | 43.6400 | 1.00 | 43.64 |
| 05-05-2019 | 1-OVERRIDE | 116.4300 | 1.00 | 116.43 |
| 05-05-2019 | REGULAR PAY | 6.7300 | 31.57 | 212.47 |
| 05-05-2019 | PERSONL TIME | 6.7300 | 4.00 | 26.92 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 0.00 | 189.32 |
| MEDICARE | 10.12 | 152.86 |
| SOC SECURITY | 43.31 | 653.63 |
| PA INCOME TAX | 21.44 | 323.64 |
| PA SUI | 0.42 | 6.34 |
| LANGHORNE, PA O/ | 2.00 | 20.00 |

Total(s):  82.00  698.47

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 57376 | 621.18 |
| Total: | | 621.18 |

Net Pay  $621.18
Net Pay YTD  $9,196.59

Total(s): 77.29  1,345.79

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 5060.96 |
| PERSONL TIME | 323.04 |
| 1-CP COMMISSION | 257.50 |
| 1-OVERRIDE | 1096.48 |
| BONUS | 500.00 |
| 1-SPIFF | 3292.30 |
| 1-MANUAL SPIFF | 12.10 |

Total: $10,542.38

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 46.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Total(s): | 0.00 | 0.00 |

Best wishes for a Happy Birthday!

Build: RPT-2324                                Query: HRP_CHECKS.MVQ Version: Legal  19.4.190

---

ORECK FLOOR CARE CENTERS, LTD
CEOHR
6901 Professional Parkway, Suite 104
Sarasota, FL 34240

526995
05-10-2019

AMOUNT  ** VOID **

Pay: Non-negotiable

To The  Sonya W Singer
Order   128 Altimari Ct
Of:     SOUTHAMPTON, PA 18966

Non-Negotiable

CEOHR - LANGHORNE (383)  
Voucher #: 026501 Sort Order: 47

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Sonya W Singer - (H19416) | 04-26-2019 | XXX-X | 04-08-2019 | 04-21-2019 | 524741 |

Federal Tax-Status M Allowances 3                                    State Tax - Status M Allowances 3

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 04-14-2019 | REGULAR PAY | 6.7300 | 42.95 | 289.05 |
| 04-21-2019 | 1-SPIFF | 546.0000 | 1.00 | 546.00 |
| 04-21-2019 | REGULAR PAY | 6.7300 | 33.05 | 222.43 |
| 04-21-2019 | PERSONL TIME | 6.7300 | 4.00 | 26.92 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 14.59 | 189.32 |
| MEDICARE | 15.73 | 142.74 |
| SOC SECURITY | 67.23 | 610.32 |
| PA INCOME TAX | 33.29 | 302.20 |
| PA SUI | 0.65 | 5.92 |
| LANGHORNE,PA O/ | 2.00 | 18.00 |

Total(s):     81.00    1,084.40

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 57376 | 950.91 |

Net Pay  $950.91  
Net Pay YTD  $8,575.41

Total:  950.91          Total(s): 133.49  1,268.50

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 4603.32 |
| PERSONL TIME | 242.28 |
| 1-CP COMMISSION | 213.86 |
| 1-OVERRIDE | 980.05 |
| BONUS | 500.00 |
| 1-SPIFF | 3292.30 |
| 1-MANUAL SPIFF | 12.10 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PAID TIME OFF | 52.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: $9,843.91                             Total(s):  0.00   0.00

Build: RPT-2019                              Query: HRP_CHECKS.MVQ Version: Legal  19.4.190

---

ORECK FLOOR CARE CENTERS, LTD  
CEOHR  
6901 Professional Parkway, Suite 104  
Sarasota, FL 34240

524741  
04-26-2019

Pay: Non-negotiable

AMOUNT    ** VOID **

To The Order Of: Sonya W Singer  
128 Altimari Ct  
SOUTHAMPTON, PA 18966

Non-Negotiable

```
CEOHR - LANGHORNE (383)                                                        Voucher #: 025402  Sort Order: 49
Employee ID              Check Date  Soc-Sec-Num  Period Start  Period End   Check No
Sonya W Singer - (H19416)  04-12-2019   XXX-X       03-25-2019    04-07-2019    522239
Federal Tax-Status M Allowances 3                                State Tax - Status M  Allowances 3
```

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 03-31-2019 | REGULAR PAY | 6.7300 | 25.02 | 168.38 | FEDERAL TAX | 0.00 | 174.73 |
| 03-31-2019 | PERSONL TIME | 6.7300 | 16.00 | 107.68 | MEDICARE | 9.80 | 127.01 |
| 04-07-2019 | 1-CP COMMISSION | 29.7800 | 1.00 | 29.78 | SOC SECURITY | 41.93 | 543.09 |
| 04-07-2019 | 1-OVERRIDE | 108.0300 | 1.00 | 108.03 | PA INCOME TAX | 20.76 | 268.91 |
| 04-07-2019 | REGULAR PAY | 6.7300 | 38.98 | 262.34 | PA SUI | 0.41 | 5.27 |
|  |  |  |  |  | LANGHORNE,PA O/ | 2.00 | 16.00 |

| | Total(s): | | 82.00 | 676.21 | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 57376 | 601.31 | **$601.31** |
|  |  |  | Net Pay YTD |
| Total: | | 601.31 | **$7,624.50** |

Total(s):  74.90  1,135.01

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 4091.84 | PAID TIME OFF | 50.00 | | | |
| PERSONL TIME | 215.36 | | | | | |
| 1-CP COMMISSION | 213.86 | | | | | |
| 1-OVERRIDE | 980.05 | | | | | |
| BONUS | 500.00 | | | | | |
| 1-SPIFF | 2746.30 | | | | | |
| 1-MANUAL SPIFF | 12.10 | | | | | |

| Total: | $8,759.51 | | | Total(s): | 0.00 | 0.00 |

Build: RPT-2019                                           Query: HRP_CHECKS.MVQ Version: Legal  19.4.190

```
ORECK FLOOR CARE CENTERS, LTD                                         522239
                                                                   04-12-2019
CEOHR
6901 Professional Parkway, Suite 104
Lakewood Ranch, FL 34240
                                                AMOUNT      ** VOID **

Pay: Non-negotiable

To The  Sonya W Singer
Order   128 Altimari Ct
Of:     SOUTHAMPTON, PA 18966
```



```
ORECK FLOOR CARE CENTERS, LTD

CEOHR
6901 Professional Parkway, Suite 104
Lakewood Ranch, FL 34240


PA-H136
H136
22                           Sonya W Singer
                             128 Altimari Ct
                             SOUTHAMPTON, PA 18966
```