

# Earnings Statement 

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

Period Beginning:  06/23/2019
Period Ending:    06/29/2019
Pay Date:         07/05/2019

Taxable Marital Status:
  Federal:       Married
Exemptions/Allowances:
  Federal:       0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 32.00 | 402.24 | 11,782.37 |
| Mkt Sales Com | | | 236.41 | 5,236.08 |
| Vacation | 12.5700 | 8.00 | 100.56 | 798.48 |
| Overtime | | | | 73.92 |
| Funeral | | | | 301.68 |
| Holiday | | | | 297.68 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| **Gross Pay** | | | **$739.21** | 18,785.61 |

**Net Check**            $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $543.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 7.50 |
| Sick Bal | | 25.49 |
| Vacation Bal | | 22.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.66 | 737.58 |
| | Social Security Tax | -33.70 | 837.11 |
| | Medicare Tax | -7.88 | 195.77 |
| | PA State Income Tax | -16.69 | 414.49 |
| | NJ SUI/SDI Tax | -4.99 | 126.81 |
| **Other** | | | |
| | Ad&D | -0.75* | 20.25 |
| | Dental | -16.75* | 452.25 |
| | Medical | -178.20* | 4,811.40 |
| | Supp Life | -6.16 | 104.57 |
| | T&E Reimbrsmnt | | -4,113.00 |
| **Adjustment** | | | |
| | T&E Reimbrsmnt | +174.50 | |
| **Net Pay** | | **$616.93** | |
| | Checking | -616.93 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:    Single
  PA:    Married
Exemptions/Allowances:
  NJ:    0, Table A
  PA:    N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:   00000272586
Pay date:        07/05/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxx | xxxx xxxx | $616.93 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| | | | HR. | | | |
|---|---|---|---|---|---|---|
| 973 | 275538 | 000009 | 01307 | 0000262595 | 1 | |
| | | | 275538 | | | |
| | | | 3338-0002 | | | |

**Earnings Statement**   ADP

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

Period Beginning:   06/16/2019
Period Ending:      06/22/2019
Pay Date:           06/28/2019

Taxable Marital Status:
 Federal:    Married

Exemptions/Allowances:
 Federal:    0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 11,380.13 |
| Mkt Sales Com | | | 165.00 | 4,999.67 |
| Overtime | | | | 73.92 |
| Funeral | | | | 301.68 |
| Holiday | | | | 297.68 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 697.92 |
| **Gross Pay** | | | **$667.80** | 18,046.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.52 | 705.92 |
| | Social Security Tax | -29.27 | 803.41 |
| | Medicare Tax | -6.84 | 187.89 |
| | PA State Income Tax | -14.49 | 397.80 |
| | NJ SUI/SDI Tax | -4.52 | 121.82 |
| | **Other** | | |
| | Ad&D | -0.75* | 19.50 |
| | Dental | -16.75* | 435.50 |
| | Medical | -178.20* | 4,633.20 |
| | Supp Life | -6.16 | 98.41 |
| | T&E Reimbrsmnt | | -3,938.50 |
| | **Adjustment** | | |
| | T&E Reimbrsmnt | +174.00 | |
| | **Net Pay** | **$560.30** | |
| | Checking | -560.30 | |

**Net Check**    $0.00

\* Excluded from federal taxable wages
Your federal taxable wages this period are $472.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 24.16 |
| Vacation Bal | | 28.02 |

**Additional Tax Withholding Information**
Taxable Marital Status:
 NJ:    Single
 PA:    Married
Exemptions/Allowances:
 NJ:    0,Table A
 PA:    N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:   00000262595
Pay date:        06/28/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $560.30 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| | | 3359-0002 | 009 | 0000252586 275538 |

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

**Earnings Statement**

Period Beginning:  06/09/2019
Period Ending:     06/15/2019
Pay Date:          06/21/2019

Taxable Marital Status:
Federal:   Married

Exemptions/Allowances:
Federal:   0

STUART  J  SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 10,877.33 |
| Mkt Sales Com | | | 179.00 | 4,834.67 |
| Overtime | | | | 73.92 |
| Funeral | | | | 301.68 |
| Holiday | | | | 297.68 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 697.92 |
| **Gross Pay** | | | **$681.80** | 17,378.60 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -25.92 | 681.40 |
| | Social Security Tax | -30.14 | 774.14 |
| | Medicare Tax | -7.05 | 181.05 |
| | PA State Income Tax | -14.92 | 383.31 |
| | NJ SUI/SDI Tax | -4.60 | 117.30 |
| **Other** | | | |
| | Ad&D | -0.75* | 18.75 |
| | Dental | -16.75* | 418.75 |
| | Medical | -178.20* | 4,455.00 |
| | Supp Life | -6.16 | 92.25 |
| | T&E Reimbrsmnt | | -3,764.50 |
| **Adjustment** | | | |
| | T&E Reimbrsmnt | +141.50 | |
| **Net Pay** | | **$538.81** | |
| | Checking | -538.81 | |

**Net Check**    $0.00

\* Excluded from federal taxable wages
Your federal taxable wages this period are $486.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 22.83 |
| Vacation Bal | | 25.71 |

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ:    Single
PA:    Married
Exemptions/Allowances:
NJ:    0,Table A
PA:    N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:  00000252586
Pay date:       06/21/2019

Deposited to the account of
STUART  J  SINGER

| account number | transit ABA | amount |
|---|---|---|
| XXXX | XXXX XXXX | $538.81 |



**NON-NEGOTIABLE**

```
973    275538   000009   01307   00000242610   1
                275538
                3435-0002
```



**Earnings Statement** 

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Period Beginning: 06/02/2019
Period Ending:    06/08/2019
Pay Date:         06/14/2019

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 32.00 | 402.24 | 10,374.53 |
| Funeral | 12.5700 | 8.00 | 100.56 | 301.68 |
| Mkt Sales Com | | | 224.64 | 4,655.67 |
| Overtime | | | | 73.92 |
| Holiday | | | | 297.68 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 697.92 |
| **Gross Pay** | | | **$727.44** | 16,696.80 |

Net Check  $0.00

\* Excluded from federal taxable wages
Your federal taxable wages this period are $531.74

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 21.50 |
| Vacation Bal | | 23.40 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -30.48 | 655.48 |
| Social Security Tax | -32.97 | 744.00 |
| Medicare Tax | -7.71 | 174.00 |
| PA State Income Tax | -16.32 | 368.39 |
| NJ SUI/SDI Tax | -4.90 | 112.70 |

| Other | | |
|---|---|---|
| Ad&D | -0.75* | 18.00 |
| Dental | -16.75* | 402.00 |
| Medical | -178.20* | 4,276.80 |
| Supp Life | -6.16 | 86.09 |
| T&E Reimbrsmnt | | -3,623.00 |

| Adjustment | | |
|---|---|---|
| T&E Reimbrsmnt | +70.00 | |

**Net Pay** **$503.20**
Checking  -503.20

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ:  Single
PA:  Married
Exemptions/Allowances:
NJ:  0,Table A
PA:  N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:  00000242610
Pay date:       06/14/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $503.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**BJ'S WHOLESALE CLUB, INC.**
P.O. BOX 5230
WESTBOROUGH MA, 01581

**Earnings Statement** — ADP

Period Beginning: 05/26/2019
Period Ending: 06/01/2019
Pay Date: 06/07/2019

Taxable Marital Status:
Federal: Married
Exemptions/Allowances:
Federal: 0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 16.00 | 201.12 | 9,972.29 |
| Funeral | 12.5700 | 16.00 | 201.12 | 201.12 |
| Holiday | 12.5700 | 8.00 | 100.56 | 297.68 |
| Mkt Sales Com | | | 220.05 | 4,431.03 |
| Overtime | | | | 73.92 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 697.92 |
| **Gross Pay** | | | **$722.85** | 15,969.36 |

**Net Check**          $0.00

* Excluded from federal taxable wages
Your federal taxable wages this period are $527.15

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.02 | 625.00 |
| | Social Security Tax | -32.68 | 711.03 |
| | Medicare Tax | -7.64 | 166.29 |
| | PA State Income Tax | -16.18 | 352.07 |
| | NJ SUI/SDI Tax | -4.88 | 107.80 |
| **Other** | | | |
| | Ad&D | -0.75* | 17.25 |
| | Dental | -16.75* | 385.25 |
| | Medical | -178.20* | 4,098.60 |
| | Supp Life | -6.16 | 79.93 |
| | T&E Reimbrsmnt | | -3,553.00 |
| **Adjustment** | | | |
| | T&E Reimbrsmnt | +170.50 | |
| **Net Pay** | | **$600.09** | |
| | Checking | -600.09 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 20.17 |
| Vacation Bal | | 21.09 |

**Additional Tax Withholding Information**

Taxable Marital Status:
NJ: Single
PA: Married
Exemptions/Allowances:
NJ: 0, Table A
PA: N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number: 00000232590
Pay date: 06/07/2019

Deposited to the account of    account number    transit ABA    amount
STUART J SINGER                 XXXXX            XXXX XXXX      $600.09

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

# Earnings Statement

**ADP**

Period Beginning:  05/19/2019
Period Ending:     05/25/2019
Pay Date:          05/31/2019

Taxable Marital Status:
Federal:  Married

Exemptions/Allowances:
Federal:  0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 9,771.17 |
| Mkt Sales Com | | | 296.00 | 4,210.98 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 697.92 |
| **Gross Pay** | | | **$798.80** | 15,246.51 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $603.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 18.84 |
| Vacation Bal | | 18.78 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -37.68 | 594.98 | |
| Social Security Tax | -37.39 | 678.35 | |
| Medicare Tax | -8.75 | 158.65 | |
| PA State Income Tax | -18.52 | 335.89 | |
| NJ SUI/SDI Tax | -5.40 | 102.92 | |
| **Other** | | | |
| Ad&D | -0.75* | 16.50 | |
| Dental | -16.75* | 368.50 | |
| Medical | -178.20* | 3,920.40 | |
| Supp Life | -6.16 | 73.77 | |
| T&E Reimbrsmnt | | -3,382.50 | |
| **Adjustment** | | | |
| T&E Reimbrsmnt | +135.50 | | |
| **Net Pay** | **$624.70** | | |
| Checking | -624.70 | | |
| **Net Check** | **$0.00** | | |

### Additional Tax Withholding Information
Taxable Marital Status:
NJ:  Single
PA:  Married
Exemptions/Allowances:
NJ:  0,Table A
PA:  N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:  00000222558
Pay date:       05/31/2019

Deposited to the account of
STUART J SINGER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx | xxxx xxxx | $624.70 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE



**BJ'S WHOLESALE CLUB, INC.**
P.O. BOX 5230
WESTBOROUGH    MA, 01581

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/12/2019 |
| Period Ending: | 05/18/2019 |
| Pay Date: | 05/24/2019 |

Taxable Marital Status:
Federal:    Married

Exemptions/Allowances:
Federal:    0

STUART  J  SINGER
128  ALTIMARI  COURT
SOUTHAMPTON  PA  18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 32.00 | 402.24 | 9,268.37 |
| Mkt Sales Com | | | 233.50 | 3,914.98 |
| Vacation | 12.5700 | 8.00 | 100.56 | 697.92 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| **Gross Pay** | | | **$736.30** | 14,447.71 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $540.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 17.51 |
| Vacation Bal | | 16.47 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.37 | 557.30 |
| | Social Security Tax | -33.52 | 640.96 |
| | Medicare Tax | -7.84 | 149.90 |
| | PA State Income Tax | -16.60 | 317.37 |
| | NJ SUI/SDI Tax | -4.97 | 97.52 |
| | **Other** | | |
| | Ad&D | -0.75* | 15.75 |
| | Dental | -16.75* | 351.75 |
| | Medical | -178.20* | 3,742.20 |
| | Supp Life | -6.16 | 67.61 |
| | T&E Reimbrsmnt | | -3,247.00 |
| | **Adjustment** | | |
| | T&E Reimbrsmnt | +174.50 | |
| **Net Pay** | | **$614.64** | |
| Checking | | -614.64 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ:    Single
PA:    Married
Exemptions/Allowances:
NJ:    0,Table A
PA:    N/A

© 2000 ADP, LLC



**BJ'S WHOLESALE CLUB, INC.**
P.O. BOX 5230
WESTBOROUGH MA, 01581

| | |
|---|---|
| Advice number: | 00000212548 |
| Pay date: | 05/24/2019 |

Deposited  to the account of
STUART  J  SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $614.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



**Earnings Statement**

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

Period Beginning: 05/05/2019
Period Ending: 05/11/2019
Pay Date: 05/17/2019

Taxable Marital Status:
Federal:    Married

Exemptions/Allowances:
Federal:    0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 8,866.13 |
| Mkt Sales Com | | | 201.00 | 3,681.48 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 597.36 |
| **Gross Pay** | | | **$703.80** | 13,711.41 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $508.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 16.18 |
| Vacation Bal | | 22.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.12 | 525.93 |
| | Social Security Tax | -31.50 | 607.44 |
| | Medicare Tax | -7.37 | 142.06 |
| | PA State Income Tax | -15.60 | 300.77 |
| | NJ SUI/SDI Tax | -4.75 | 92.55 |
| | **Other** | | |
| | Ad&D | -0.75* | 15.00 |
| | Dental | -16.75* | 335.00 |
| | Medical | -178.20* | 3,564.00 |
| | Supp Life | -6.16 | 61.45 |
| | T&E Reimbrsmnt | | -3,072.50 |
| | **Adjustment** | | |
| | T&E Reimbrsmnt | +175.50 | |
| | **Net Pay** | **$590.10** | |
| | Checking | -590.10 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ:    Single
PA:    Married
Exemptions/Allowances:
NJ:    0,Table A
PA:    N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:    00000202584
Pay date:    05/17/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| XXXXX | XXXX XXXX | $590.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



CO.   FILE   DEPT.   CLOCK   VCHR. NO.
973   275538   000009   01307   0000192552   1
275538
3173-0002

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

# Earnings Statement

ADP

Period Beginning:   04/28/2019
Period Ending:      05/04/2019
Pay Date:           05/10/2019

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 8,363.33 |
| Mkt Sales Com | | | 180.00 | 3,480.48 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 597.36 |
| **Gross Pay** | | | **$682.80** | 13,007.61 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $487.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 14.85 |
| Vacation Bal | | 19.85 |

**Deductions**   Statutory
| | | |
|---|---|---|
| Federal Income Tax | -26.02 | 497.81 |
| Social Security Tax | -30.20 | 575.94 |
| Medicare Tax | -7.06 | 134.69 |
| PA State Income Tax | -14.95 | 285.17 |
| NJ SUI/SDI Tax | -4.61 | 87.80 |

Other
| | | |
|---|---|---|
| Ad&D | -0.75* | 14.25 |
| Dental | -16.75* | 318.25 |
| Medical | -178.20* | 3,385.80 |
| Supp Life | -6.16 | 55.29 |
| T&E Reimbrsmnt | | -2,897.00 |

Adjustment
| | |
|---|---|
| T&E Reimbrsmnt | +138.00 |

| **Net Pay** | **$536.10** |
|---|---|
| Checking | -536.10 |
| **Net Check** | **$0.00** |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:   Single
  PA:   Married
Exemptions/Allowances:
  NJ:   0,Table A
  PA:   N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:   00000192552
Pay date:        05/10/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| XXXX | XXXX XXXX | $536.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| | | 009 | 275538 | 000160 |

3162-0002

## Earnings Statement

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH   MA, 01581

Period Beginning:   04/21/2019
Period Ending:      04/27/2019
Pay Date:           05/03/2019

Taxable Marital Status:
Federal:   Married

Exemptions/Allowances:
Federal:   0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 32.00 | 402.24 | 7,860.53 |
| Mkt Sales Com | | | 188.68 | 3,300.48 |
| Vacation | 12.5700 | 8.00 | 100.56 | 597.36 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| **Gross Pay** | | | **$691.48** | 12,324.81 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $495.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 13.52 |
| Vacation Bal | | 17.54 |

**Deductions**   Statutory
| | | |
|---|---|---|
| Federal Income Tax | -26.89 | 471.79 |
| Social Security Tax | -30.74 | 545.74 |
| Medicare Tax | -7.19 | 127.63 |
| PA State Income Tax | -15.22 | 270.22 |
| NJ SUI/SDI Tax | -4.66 | 83.19 |

Other
| | | |
|---|---|---|
| Ad&D | -0.75* | 13.50 |
| Dental | -16.75* | 301.50 |
| Medical | -178.20* | 3,207.60 |
| Supp Life | -6.16 | 49.13 |
| T&E Reimbrsmnt | | -2,759.00 |

Adjustment
| | |
|---|---|
| T&E Reimbrsmnt | +172.00 |

| | |
|---|---|
| **Net Pay** | **$576.92** |
| Checking | -576.92 |
| **Net Check** | **$0.00** |

### Additional Tax Withholding Information

Taxable Marital Status:
NJ:   Single
PA:   Married
Exemptions/Allowances:
NJ:   0, Table A
PA:   N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:   00000182563
Pay date:        05/03/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $576.92 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**




| CO | FILE | DEPT | CLOCK | VCHR NO |
|---|---|---|---|---|
| | | 000009 | 0000172561 | 275538 |
| | | | | 3159-0002 |

**Earnings Statement**

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH    MA, 01581

Period Beginning:   04/14/2019
Period Ending:      04/20/2019
Pay Date:           04/26/2019

Taxable Marital Status:
  Federal:    Married
Exemptions/Allowances:
  Federal:    0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 7,458.29 |
| Mkt Sales Com | | | 165.00 | 3,111.80 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 496.80 |
| **Gross Pay** | | | **$667.80** | 11,633.33 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $472.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 12.19 |
| Vacation Bal | | 23.23 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -24.52 | | 444.90 |
| Social Security Tax | -29.27 | | 515.00 |
| Medicare Tax | -6.84 | | 120.44 |
| PA State Income Tax | -14.49 | | 255.00 |
| NJ SUI/SDI Tax | -4.52 | | 78.53 |
| **Other** | | | |
| Ad&D | -0.75* | | 12.75 |
| Dental | -16.75* | | 284.75 |
| Medical | -178.20* | | 3,029.40 |
| Supp Life | -6.16 | | 42.97 |
| T&E Reimbrsmnt | | | -2,587.00 |
| **Adjustment** | | | |
| T&E Reimbrsmnt | +172.50 | | |
| **Net Pay** | **$558.80** | | |
| Checking | -558.80 | | |
| **Net Check** | **$0.00** | | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:    Single
  PA:    Married
Exemptions/Allowances:
  NJ:    0,Table A
  PA:    N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:    00000172561
Pay date:         04/26/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| XXXX | XXXX XXXX | $558.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| Co. | File | Dept. | Clock | Vchr. No. | |
|---|---|---|---|---|---|
| 973 | 275538 | 000009 | 01307 275538 | 000000000 | |

3269-0002

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH    MA, 01581

Period Beginning:   04/07/2019
Period Ending:      04/13/2019
Pay Date:           04/19/2019

Taxable Marital Status:
  Federal:            Married
Exemptions/Allowances:
  Federal:            0

STUART J SINGER
128 ALTIMARI COURT
SOUTHAMPTON PA 18966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 6,955.49 |
| Mkt Sales Com | | | 195.00 | 2,946.80 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 496.80 |
| **Gross Pay** | | | **$697.80** | 10,965.53 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $502.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 10.86 |
| Vacation Bal | | 20.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.52 | 420.38 |
| | Social Security Tax | -31.13 | 485.73 |
| | Medicare Tax | -7.28 | 113.60 |
| | PA State Income Tax | -15.41 | 240.51 |
| | NJ SUI/SDI Tax | -4.70 | 74.01 |
| | Other | | |
| | Ad&D | -0.75* | 12.00 |
| | Dental | -16.75* | 268.00 |
| | Medical | -178.20* | 2,851.20 |
| | Supp Life | -6.16 | 36.81 |
| | T&E Reimbrsmnt | | -2,414.50 |
| | Adjustment | | |
| | T&E Reimbrsmnt | +166.00 | |
| | **Net Pay** | **$575.90** | |
| | Checking | -575.90 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:     Single
  PA:     Married
Exemptions/Allowances:
  NJ:     0, Table A
  PA:     N/A

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:  00000162693
Pay date:       04/19/2019

Deposited to the account of
STUART J SINGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $575.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO | FILE | DEPT | CLOCK | VCHR NO. | |
|----|------|------|-------|----------|---|
| | | 000609 | 25 0000152566 | 1 | |
| | | | 275538 | | |
| | | | 3187-0002 | | |

BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH    MA, 01581

# Earnings Statement

ADP

Period Beginning:    03/31/2019
Period Ending:       04/06/2019
Pay Date:            04/12/2019

Taxable Marital Status:
  Federal:          Married
Exemptions/Allowances:
  Federal:          0

STUART  J  SINGER
128  ALTIMARI  COURT
SOUTHAMPTON  PA  18966

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5700 | 40.00 | 502.80 | 6,452.69 |
| Mkt Sales Com | | | 67.00 | 2,751.80 |
| Overtime | | | | 73.92 |
| Holiday | | | | 197.12 |
| Persnl Day | | | | 94.28 |
| Sick | | | | 201.12 |
| Vacation | | | | 496.80 |
| **Gross Pay** | | | **$569.80** | 10,267.73 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $374.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vaca Accrual | | 2.31 |
| Personal Bal | | 0.00 |
| Sick Bal | | 9.53 |
| Vacation Bal | | 18.61 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -14.72 | 392.86 |
| Social Security Tax | -23.20 | 454.60 |
| Medicare Tax | -5.43 | 106.32 |
| PA State Income Tax | -11.48 | 225.10 |
| NJ SUI/SDI Tax | -3.84 | 69.31 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:    Single
  PA:    Married
Exemptions/Allowances:
  NJ:    0,Table A
  PA:    N/A

| Other | | |
|---|---|---|
| Ad&D | -0.75* | 11.25 |
| Dental | -16.75* | 251.25 |
| Medical | -178.20* | 2,673.00 |
| Supp Life | -6.16 | 30.65 |
| T&E Reimbrsmnt | | -2,248.50 |

| Adjustment | | |
|---|---|---|
| T&E Reimbrsmnt | +36.00 | |
| **Net Pay** | **$345.27** | |
| Checking | -345.27 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC



BJ'S WHOLESALE CLUB, INC.
P.O. BOX 5230
WESTBOROUGH MA, 01581

Advice number:    00000152566
Pay date:         04/12/2019

Deposited to the account of
STUART  J  SINGER

| account number | transit ABA | amount |
|---|---|---|
| XXXXX | XXXX XXXX | $345.27 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**