# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-13814-AMC

STUART  SINGER
SONYA  SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STUART  SINGER
    SONYA  SINGER
    128 ALTIMARI COURT

    SOUTHAMPTON, PA 18966-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 10/4/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee