**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

            Chapter 13

            Bankruptcy No. 19-13814-AMC

STUART SINGER
SONYA SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STUART SINGER
    SONYA SINGER
    128 ALTIMARI COURT

    SOUTHAMPTON, PA 18966-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                            /S/ William C. Miller

Date: 1/30/2020                      _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee