# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sonya Singer<br>　　　　Stuart Singer<br>　　　　　　　　Debtors | CHAPTER 13 |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1<br>　　　　　　　　Movant<br>　　vs. | NO. 19-13814 AMC |
| Sonya Singer<br>Stuart Singer<br>　　　　　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

## ORDER

　　　　AND NOW, this　　　　　　day of　　　　　　, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 128 Altimari Court, Southampton, PA 18966 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 21, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Sonya Singer
128 Altimari Court
Southampton, PA 18966

Stuart Singer
128 Altimari Court
Southampton, PA 18966

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532