**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
STUART SINGER
SONYA SINGER

Chapter 13

                    Debtor          Bankruptcy No. 19-13814-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge
**Date: June 10, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
STUART SINGER
SONYA SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966-