United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 19-13814-amc
Stuart Singer                                                                  Chapter 13
Sonya Singer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW            Page 1 of 2            Date Rcvd: Jun 10, 2020
                             Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb         +Stuart Singer,   Sonya Singer,   128 Altimari Court,   Southampton, PA 18966-6000
14341451       +KML Law Group,   Mellon Independence Center,   701 Market St.,   Suite 5000,
                 Philadelphia, PA 19106-1541
14341452       +Kohls/Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14341455       +LendingPoint LLC.,   1201 Roberts Boulevard,   Kennesaw, GA 30144-3612
14341454       +LendingPoint LLC.,   Attn: Bankruptcy,   1201 Roberts Blvd Suite 200,   Kennesaw, GA 30144-3612
14344082       +U.S. Bank NA,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14364274       +Urology Health Specialists,   Simon's Agency Inc.,   PO BOX 5026,   Syracuse NY 13220-5026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:08:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2020 04:08:25
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 11 2020 04:08:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14341449       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 04:12:56     Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14341448       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 04:12:56     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
14341450       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 11 2020 04:08:16     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14341453       +E-mail/Text: bncnotices@becket-lee.com Jun 11 2020 04:08:14     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14348087        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 04:12:43     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14341456        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 04:13:12
                 Portfolio Recovery Associates,   PO Box 41067,   Norfolk, VA 23541
14341457       +E-mail/Text: clientservices@simonsagency.com Jun 11 2020 04:09:07     Simon's Agency, Inc.,
                 Attn: Bankruptcy,   Po Box 5026,   Syracuse, NY 13220-5026
14341458       +E-mail/Text: clientservices@simonsagency.com Jun 11 2020 04:09:07     Simon's Agency, Inc.,
                 4963 Wintersweet Dr,   Liverpool, NY 13088-2176
14364273       +E-mail/Text: clientservices@simonsagency.com Jun 11 2020 04:09:07     Simon's Agency,Inc.,
                 PO BOX 5026,   Syracuse NY 13220-5026
14377701        E-mail/Text: jennifer.chacon@spservicing.com Jun 11 2020 04:09:14     U.S. Bank N.A. et. al,,
                 c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14341459       +E-mail/Text: jennifer.chacon@spservicing.com Jun 11 2020 04:09:14
                 U.S. Bank, N.A. as trustee,   c/o Select Portfolio Servicing, Inc,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Jun 10, 2020
                               Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates,
           Series 2006-WMC1 bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Joint Debtor Sonya  Singer support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          PAUL H. YOUNG    on behalf of Debtor Stuart   Singer support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates,
           Series 2006-WMC1 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>STUART  SINGER<br>SONYA  SINGER | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-13814-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge

**Date: June 10, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
STUART  SINGER
SONYA  SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966-